IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| SUSAN M. OSSELLO, ROBERT G. DRUMMOND, Chapter 13 Trustee, JESSE and HEATHER DIBBLEE, TODD and BARBARA FISHER, MARY ALICE HILDEBRAND, and CYNTHIA VITCOVICH,<br><br>Plaintiffs,<br><br>vs.<br><br>SWIFT ROCK FINANCIAL, INC., d/b/a World Law Debt; ORION PROCESSING, LLC, d/b/a World Law Processing; WORLD LAW DEBT SERVICES, LLC; WORLD LAW PROCESSING, LLC; GLOBAL CLIENT SOLUTIONS, LLC; GLOBAL HOLDINGS, LLC; BRADLEY HASKINS; ROBERT MERRICK; and MICHAEL HENDRIX,<br><br>Defendants. | CV 17-31-BU-DLC-JCL<br><br>ORDER |

On June 15, 2017, the Court held a preliminary pretrial conference and oral argument on Plaintiffs' Motion to Remand. As discussed at the hearing,

IT IS ORDERED that all proceedings in this case are STAYED pending final resolution of Plaintiffs' Motion to Remand. Notwithstanding the stay, the Court will issue a ruling on Third Party Bank of America, N.A.'s Motion to Quash

1

Subpoena once it has been fully briefed.

In addition, IT IS ORDERED that the parties shall have ten days from the date of this Order to resolve Defendants Global Client Solutions, LLC, Global Holdings LLC, Robert Merrick, and Michael Hendrix's Motion for Leave to File Amended Answers, Defenses and Affirmative Defenses. If the parties are unable to resolve the motion, the Court will issue a ruling on the motion once it is fully briefed.

IT IS FURTHER ORDERED that the interrogatories propounded by Defendants on the seven new Plaintiffs are excepted from the stay.

Once Plaintiffs' Motion to Remand has been fully resolved, the Court will enter an order setting another preliminary pretrial conference if appropriate.

DATED this 15th day of June, 2017.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge