IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED

AUG 0 1 2017

Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| SUSAN M. OSSELLO, ROBERT G. DRUMMOND, Chapter 13 Trustee, JESSE and HEATHER DIBBLEE, TODD and BARBARA FISHER, MARY ALICE HILDEBRAND, and CYNTHIA VITCOVICH,<br><br>Plaintiffs,<br><br>vs.<br><br>SWIFT ROCK FINANCIAL, INC., d/b/a World Law Debt; ORION PROCESSING, LLC, d/b/a World Law Processing; WORLD LAW DEBT SERVICES, LLC; WORLD LAW PROCESSING, LLC; GLOBAL CLIENT SOLUTIONS, LLC; GLOBAL HOLDINGS, LLC; BRADLEY HASKINS; ROBERT MERRICK; and MICHAEL HENDRIX,<br><br>Defendants. | CV 17–31–BU–DLC–JCL<br><br><br>ORDER |

Defendants Global Client Solutions, LLC, Global Holdings, LLC, Robert Merrick, and Michael Hendrix ("Defendants"), through counsel, move for an order extending the time to file objections to the Findings and Recommendations of the Magistrate Judge (Doc. 48) dated July 27, 2017. Plaintiffs do not oppose this motion. The motion being unopposed,

IT IS ORDERED that Defendants' Unopposed Motion for Extension of

Time to File Objections to the Findings and Recommendations (Doc. 49) is

GRANTED.  Defendants shall file their objections to the Findings and

Recommendation on or before **August 25, 2017.**

DATED this 1st day of August, 2017.

Dana L. Christensen, Chief District Judge
United States District Court